Gayle E. Mills
Chapter 7 Trustee
P.O. Box 36317
Tucson, AZ 85740
(520) 628

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCHLINGER, KENNETH P. | ) | Case No. 08-05838TUC JMM |
| SCHLINGER, LIZA HOPE | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 10 | American InfoSource LP as agent of Target<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $3.41 |

March 29, 2010                              /s/ Gayle E. Mills
Date                                        Gayle E. Mills, Trustee